IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ROBERT EARL O'DELL,                                         No. CV-09-245-ST

                        Petitioner,                         ORDER

        v.

PAULA MYERS,

                        Respondent.

Tonia L. Moro
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204

            Attorney for Petitioner

John R. Kroger
Attorney General
Department of Justice

1 - ORDER

1162 Court Street NE
Salem, Oregon 97310

Andrew Hallman
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, Oregon 97310

      Attorneys for Defendants


HERNANDEZ, District Judge:

      Magistrate Judge Janice M. Stewart issued a Findings and Recommendation (#40) on January 31, 2011, in which she recommends I deny the Amended Petition for Writ of Habeas Corpus (#13) and enter a judgment dismissing this case with prejudice.  She also recommends I decline to issue a Certificate of Appealability on the basis that petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

      Petitioner timely filed objections to the Findings and Recommendation.  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

      When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

      I have carefully considered petitioner's objections and conclude the objections do not provide a basis to modify the Findings and Recommendation.  I have also reviewed the pertinent portions of the record *de novo* and find no error in the Magistrate Judge's Findings and Recommendation.

2 - ORDER

CONCLUSION

I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#40).

Accordingly, I deny petitioner's Amended Petition for Writ of Habeas Corpus (#13) and enter a judgment dismissing this case with prejudice.  I also decline to issue a Certificate of Appealability on the basis that petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).


IT IS SO ORDERED.

DATED this 11th day of March, 2011.


/s/ Marco Hernandez
MARCO HERNANDEZ
United States District Judge

3 - ORDER